In the Matter of the Application of SARAH B. SHAPIRO, Creditor of MAX MEYERSON, Incompetent, to Direct the Committee of Said Incompetent to Allow and Pay Out of the Funds of the Incompetent's Estate in the Hands of the Committee, Said Creditor's Claim or in the Alternative That Leave to Sue Be Granted. SARAH B. SHAPIRO, Appellant; SADYE MEYERSON, as Committee, etc., of MAX MEYERSON, an Incompetent Person, Respondent.— Order of the County Court of Suffolk county denying on the merits petitioner's application for an order directing the com-

mittee of an incompetent person to pay the petitioner's claim, or in the alternative, that the petitioner be permitted to sue said committee, reversed on the law and the facts, with ten dollars costs and disbursements, and permission to sue the committee is granted, without costs. Although the court was justified in refusing to direct payment of the petitioner's claim, as her proofs established a *prima facie* case she was entitled to an order permitting her to sue. (*Grant* v. *Humbert*, 114 App. Div. 462; *Kent* v. *West*, 33 id. 112.) Hagarty, Davis, Adel, Taylor and Close, JJ., concur.